PEOPLE V DORSEY, No. 151601; Court of Appeals No. 323688.

PEOPLE V PARK, No. 151617; Court of Appeals No. 323869.

PRANSKY V FALCON GROUP, INC, Nos. 152077 and 152078; reported below: 311 Mich App 164.

PEOPLE V LEO EVANS, No. 152441; Court of Appeals No. 320836.

PEOPLE V BUEKER-DECAMP, No. 153047; Court of Appeals No. 328754.

*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered April 29, 2016:*

FOWLER V MENARD, INC, No. 152519; Court of Appeals No. 310890. The parties shall file supplemental briefs within 42 days of the date of this order including, among the issues to be briefed, whether the crosswalk installed by the defendant had a special aspect that could create liability for even an open and obvious hazard, and whether such a special aspect can exist if the condition is not unreasonably dangerous. See *Hoffner v Lanctoe*, 492 Mich 450, 455 (2012); *Lugo v Ameritech Corp, Inc*, 464 Mich 512, 517 (2001). The parties should not submit mere restatements of their application papers.

*Leave to Appeal Denied April 29, 2016:*

*In re* HAYNES, No. 153401; Court of Appeals No. 327820.

*Summary Disposition May 2, 2016:*

PEOPLE V RICHARD SIMMONS, No. 146030; Court of Appeals No. 303201. By order of April 28, 2015, the application for leave to appeal the September 13, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *Montgomery v Louisiana*, cert gtd 575 US ___; 135 S Ct 1546; 191 L Ed 2d 635 (2015). On order of the Court, the case having been decided on January 25, 2016, *Montgomery v Louisiana*, 577 US ___; 136 S Ct 718; 193 L Ed 2d 599 (2016), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the sentence of the Lake Circuit Court on the defendant's first-degree murder conviction, and we remand this case to the trial court for resentencing on that conviction pursuant to MCL 769.25 and MCL 769.25a. See *Montgomery v Louisiana, supra; Miller v Alabama*, 567 US 460; 132 S Ct 2455; 183 L Ed 2d 407 (2012). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. We do not retain jurisdiction.